## WALKER *vs*. THE STATE OF GEORGIA.

1. The evidence in this case not only authorizes but requires the verdict.
2. The principles of law were correctly given and fully and impartially applied to the facts and circumstances in evidence. Every right of the defendant was carefully guarded, and the verdict was not contrary to the evidence.
3. The indictment being for assault with intent to murder, and the judge having fully instructed the jury under what circumstances they might find the defendant guilty of the crime charged, or of shooting at another, or of assault and battery, or of assault simply, there was no error in instructing the jury as to the form of their verdict, in case they should conclude that the defendant was guilty of assault and battery.
4. There was sufficient evidence to justify the conclusion that the pistol used in this case was loaded with powder and ball.
5. The credulity of witnesses is a question for the jury.
6. If evidence be admitted without objection, it forms no valid ground for new trial.

Judgment affirmed.

September 25, 1883.

HALL, Justice.

[Defendant was convicted of assault with intent to murder. He moved for a new trial, which was refused, and he excepted.]

---

## BEAL *vs*. THE STATE OF GEORGIA.

1. There is ample evidence to convict the defendant of burglary, if the boy twelve years old (a witness) was not an accomplice. If coerced by fear of life or limb, he could not be an accomplice, because he could not commit a crime when so coerced. Code, §4303.
2. The court submitted the issue on that question as fairly for the defendant as could be asked by him, and the jury found that he was so coerced, under evidence enough to sustain the finding, the tender years of the boy being considered. Code, §§4294, 4295; 32 *Ga.*, 496.

Judgment affirmed.

October 2, 1883. (Head-notes by the court.)

JACKSON, Chief Justice.